UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

BRADLEY J. BAKER and
WADE R. WOLF,

    Plaintiffs,

v

OBSIDIAN ENTERPRISES, INC.,
and TIMOTHY S. DURHAM,
jointly and severally,

    Defendants.

Case No. 1:09-cv-716

Hon. Robert J. Jonker

Robert P. Brothers (P38584)
BIRD, SVENDSEN, BROTHERS,
SCHESKE & PATTISON, P.C.
Attorneys for Plaintiffs
227 West Chicago Road
Sturgis, MI 49091
Ph:    (269) 651-2445
law@charter.net

John E. Anding (P30356)
Theodore J. Westbrook (P70834)
DREW, COOPER & ANDING, P.C.
Attorneys for Defendants
Ledyard Building, Suite 300
125 Ottawa Avenue, N.W.
Grand Rapids, MI 49503
Ph:  (616) 454-8300
janding@dcadvocate.com
twestbrook@dcadvocate.com

## STIPULATED ORDER TO COMPEL PRODUCTION

Plaintiffs Bradley J. Baker and Wade R. Wolf, by and through their counsel, and Defendant Timothy S. Durham, by and through his counsel, in lieu of contesting Defendant's Motion to Compel (Dkt. no. 50), hereby stipulate and agree to entry of an order providing as follows:

1. Plaintiffs shall produce a certain silver laptop computer ("PC"), which as of March 29th, 2010 was labeled "Wade Wolf's" and in the custody of Plaintiffs' counsel, for inspection by Defendant's counsel and/or inspection and forensic copying of files contained therein by a third party expert retained by Defendant's counsel, within fourteen (14) days from the date of this Order.

2. Plaintiffs shall provide, to the extent possible, all necessary passwords to access any and all relevant files contained within the PC at the time of the inspection.

3. Any inadvertent inclusion of any privileged material shall not result in the waiver of any associated privilege nor result in subject matter waiver of any kind.

4. Defendant shall not use or disclose any information discovered or copied from the PC that may be subject to a reasonable claim of privilege, subject to the Court's ruling in the event that a dispute arises as to the privileged nature of the information.

5. Defendant shall withdraw his Motion to Compel in its entirety.

IT IS SO ORDERED.

Dated: May 5, 2010

/s/ Hugh W. Brenneman, Jr.
Hon. Hugh W. Brenneman
Magistrate Judge

Approved by:

Dated:  May 5, 2010                              /s/ Theodore J. Westbrook
                                                                   John E. Anding (P30356)
                                                                   Theodore J. Westbrook (P70834)
                                                                   DREW, COOPER & ANDING, P.C.
                                                                   Attorneys for Defendants
                                                                   Ledyard Building, Suite 300
                                                                   125 Ottawa Avenue, N.W.
                                                                   Grand Rapids, MI 49503
                                                                   Ph:     (616) 454-8300


Dated:  May 5, 2010                              /s/ Robert P. Brothers
                                                                   Robert P. Brothers (P38584)
                                                                   BIRD, SVENDSEN, BROTHERS,
                                                                   SCHESKE & PATTISON, P.C.
                                                                   Attorneys for Plaintiffs
                                                                   227 West Chicago Road
                                                                   Sturgis, MI 49091
                                                                   Ph:     (269) 651-2445


I:\JEATeam\3003-1\Stip Order to Compel